MISHCON DE REYA NEW YORK LLP
Mark S. Raskin, (*Pro Hac Vice*)
Email: mark.raskin@mishcon.com
750 7th Avenue, 26th Floor
New York, New York 10019
Telephone: 212.612.3270
Facsimile: 212.612.3297

RUSS AUGUST & KABAT
Marc A. Fenster, State Bar No. 181067
Email: mfenster@raklaw.com
Irene Y. Lee, State Bar No. 213625
Email: ilee@raklaw.com
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Telephone: 310.826.7474
Facsimile: 310.826.6991

Attorneys for Plaintiff
McRO, Inc., d.b.a. Planet Blue

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| McRO, Inc., d.b.a. Planet Blue,<br><br>Plaintiff,<br><br>v.<br><br>Ubisoft Entertainment S.A., Ubisoft, Inc., and Red Storm Entertainment, Inc.,<br><br>Defendants. | CASE No.:<br>SACV 13-1873-GW(FFMx)<br><br>**ORDER GRANTING STIPULATION AND JOINT MOTION TO DISMISS**<br><br>**Honorable George H. Wu** |

PROPOSED ORDER GRANTING STIPULATION AND JOINT MOTION TO DISMISS

1  The Court, having considered the Parties Joint Motion to Dismiss, hereby
2  ORDERS as follows:

4  (1)  All claims at issue here between Planet Blue and Defendants,
5  including all claims presented by Planet Blue's Complaint, shall be dismissed
6  without prejudice; and

8  (2)  Planet Blue and Defendants each shall bear their own costs and
9  attorneys' fees.

11  DATED: February 14, 2014    _____
12                               GEORGE H. WU
13                               UNITED STATES DISTRICT JUDGE

2
PROPOSED ORDER GRANTING STIPULATION AND JOINT MOTION TO DISMISS